USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/21/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANAK ANARKAT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CVS HEALTH CORPORATION, LARRY J. MERLO, and DAVID M. DENTON.<br><br>Defendants. | Case No. 1:19-cv-01725-AT |

## STIPULATION AND PROPOSED ORDER

Pursuant to the Court's March 14, 2019 Order, Co-Lead Plaintiffs City of Miami Fire Fighters' and Police Officers' Retirement Trust and the International Union of Operating Engineers Pension Fund of Eastern Pennsylvania and Delaware ("Lead Plaintiffs") and Defendants CVS Health Corporation, Larry J. Merlo, and David M. Denton ("Defendants") respectfully submit this Stipulation and Proposed Schedule for the filing of an Amended Complaint and Motion to Dismiss. Order at 2, ECF No. 8.

1. Lead Plaintiffs will file an Amended Complaint within 60 days of the entry of the attached Order.

2. Defendants will answer or otherwise respond to the Amended Complaint on the following schedule. Within thirty (30) days of the filing of the Amended Complaint, Defendants will send to Lead Plaintiffs the letter contemplated by Section III(B)(ii) of the Court's Individual Practices in Civil Cases. Lead Plaintiffs will respond by letter in accordance with Section III(B)(ii) of the Court's Individual Practices in Civil Cases within seven (7) days. Within seven (7) days of receiving Lead Plaintiffs' letter to Defendants, Defendants will file with the Court a letter setting

forth their bases for dismissal in accordance with Sections III(A) and III(B)(iii) of the Court's Individual Practices in Civil Cases. Within seven (7) days of Defendants' letter, Lead Plaintiffs will file a responsive letter in accordance with Sections III(A) and III(B)(iii) of the Court's Individual Practices in Civil Cases. The agreed schedule for these events is below:

| | |
|---|---|
| Lead Plaintiffs file Amended Complaint | 60 days from entry of the attached Order |
| Defendants send Rule III(B)(ii) letter to Lead Plaintiffs | 30 days from filing of Amended Complaint |
| Lead Plaintiffs send Rule III(B)(ii) response letter | 7 days from service of Defendants' Rule III(B)(ii) letter |
| Defendants file Rule III(B)(iii) letter | 7 days from service of Lead Plaintiffs' Rule III(B)(ii) response letter |
| Lead Plaintiffs file Rule III(B)(iii) letter | 7 days from service of Defendants' Rule III(B)(iii) letter |

3.  If Lead Plaintiffs elect to amend their pleadings under Sections III(B)(ii) or III(B)(iii) of the Court's Individual Practices in Civil Cases, the parties will confer on a schedule for any motion to amend and any opposition thereto.

4.  The parties have agreed to the following schedule for the briefing of Defendants' Motion to Dismiss once the Court issues its order under Sections III(A)(ii) and III(B)(iii) of the Court's Individual Practices in Civil Cases:

| | |
|---|---|
| Defendants file Motion to Dismiss | 30 days from Court's Order allowing Motion |
| Lead Plaintiffs file opposition to Motion to Dismiss | 30 days following service of Motion to Dismiss |
| Defendants file reply in support of Motion to Dismiss | 20 days following service of opposition |

**SO STIPULATED AND AGREED:**

Dated: New York, New York
May 20, 2019

| **POMERANTZ LLP** | **SHEPHERD, FINKELMAN, MILLER & SHAH LLP** |
|---|---|
| By: */s/ Jeremy A. Lieberman* | By: */s/ Laurie Rubinow* |
| Jeremy A. Lieberman<br>J. Alexander Hood II<br>Jonathan Lindenfeld<br>600 Third Avenue, 20th Floor<br>New York, New York  10016<br>Telephone: (212) 661-1100<br>Facsimile: (212) 661-8665<br>jalieberman@pomlaw.com<br>ahood@pomlaw.com<br>jlindenfeld@pomlaw.com | Laurie Rubinow<br>52 Duane Street<br>New York, New York  10007<br>Telephone: (860) 526-1100<br>Facsimile: (866) 300-7367<br>lrubinow@sfmslaw.com<br><br>*Attorney for the International Union of Operating Engineers Pension Fund of Eastern Pennsylvania and Delaware* |

Patrick V. Dahlstrom
10 South La Salle Street, Suite 3505
Chicago, Illinois  60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
pdahlstrom@pomlaw.com

*Attorneys for the City of Miami Fire Fighters' and Police Officers' Retirement Trust*

**WILLIAMS & CONNOLLY LLP**

By: */s/ Amanda M. MacDonald*

Amanda M. MacDonald
Steven M. Farina
Enu Mainigi
George A. Borden
Michael J. Mestitz
Elizabeth Wilson
725 Twelfth Street, N.W.
Washington, D.C.  20005

650 Fifth Avenue, Suite 1500
New York, New York  10019

Telephone: (202) 434-5000
Facsimile: (202) 434-5029
amacdonald@wc.com
sfarina@wc.com
emainigi@wc.com
gborden@wc.com
mmestitz@wc.com
ewilson@wc.com

*Attorneys for Defendants*

SO ORDERED:

_____May 21_____, 2019
New York, New York

_____
Honorable Analisa Torres
United States District Judge