# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

CITY OF MIAMI FIRE FIGHTERS'
AND POLICE OFFICERS'
RETIREMENT TRUST and
INTERNATIONAL UNION OF
OPERATING ENGINEERS PENSION
FUND OF EASTERN
PENNSYLVANIA AND DELAWARE,1
        Plaintiffs,

     v.

CVS HEALTH CORPORATION;
LARRY J. MERLO; DAVID M.
DENTON; JONATHAN C. ROBERTS;
ROBERT O. KRAFT; AND EVA C.
BORATTO,
Defendants.

1:19-cv-00437-MSM-PAS

## JUDGMENT

     This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged and decreed as follows:

     Pursuant to this Court's order entered on February 11, 2021, this case is hereby dismissed in accordance with Fed. R. Civ. P. 58.

     <u>It is so ordered</u>.

February 11, 2021

By the Court:

<u>/s/ Hanorah Tyer-Witek</u>
Clerk of Court