# United States Court of Appeals
## For the First Circuit

_____

No. 21-1479

CITY OF MIAMI FIRE FIGHTERS' AND POLICE OFFICERS' RETIREMENT TRUST, individually and on behalf of all other persons similarly situated; INTERNATIONAL UNION OF OPERATING ENGINEERS PENSION FUND OF EASTERN PENNSYLVANIA AND DELAWARE, individually and on behalf of all other persons similarly situated,

Plaintiffs, Appellants,

v.

CVS HEALTH CORPORATION; LARRY J. MERLO; DAVID M. DENTON; JONATHAN C. ROBERTS; ROBERT O. KRAFT; EVA C. BORATTO,

Defendants, Appellees.
_____

**JUDGMENT**

Entered: August 18, 2022

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's orders dismissing plaintiffs' complaint and denying the motion to reconsider are affirmed.


By the Court:

Maria R. Hamilton, Clerk


cc: James Edward Miller, Laurie Rubinow, Jayne A. Goldstein, Robert David Klausner, Jeremy Alan Lieberman, Patrick V. Dahlstrom, Brian Calandra, Steven M. Farina, Robert Clark Corrente, Michael Mestitz, Amanda Margaret MacDonald, Phillip C. Kim, Lesley Frank Portnoy, Shannon Lee Hopkins